RICHARD D. YOUNG
Nevada Bar No. 11331
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: ryoung@richardharrislaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRETCHEN TAMBOR, individually, | CASE NO.: 2:25−cv−00300−ART−DJA |
| Plaintiffs, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; and DOES 1 through 20; inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)

Plaintiff Gretchen Tambor, by and through her attorney of record, Richard D. Young, Esq., of Richard Harris Law Firm and Defendant Costco Wholesale Corporation, by and through its attorneys of record, George M. Ranalli, Esq. and Maegun Mooso, Esq., of Ranalli Zaniel Fowler & Moran, LLC, hereby stipulate and respectfully request that this Honorable Court extend the discovery deadlines and state as follows.

### I.      LOCAL RULE 6-1 and 26-3 ARE SATISFIED

This is the second request for an extension of discovery deadlines filed by the parties. This stipulation and request is filed within twenty-one (21) days of the discovery cutoff. Good cause exists to extend the deadlines due to the pending discovery dispute and Motion for Protective Order, and the parties respectfully request modification of the scheduling deadlines to avoid prejudice and to permit discovery to be completed on the merits.

Page 1 of 4

Pursuant to the controlling Discovery Plan and prior stipulation, the following dates currently govern discovery in this matter:

1. Discovery Cutoff Date: January 20, 2026

2. Initial Expert Disclosure: November 18, 2025

3. Rebuttal Expert Disclosure: December 19, 2025

4. Dispositive Motions: February 17, 2026

5. Joint Pre-Trial Order: March 16, 2026

The instant request is filed before expiration of the existing deadlines and is supported by good cause under Local Rule 26-4.

## II. GOOD CAUSE EXISTS FOR EXTENSION

Good cause exists under Fed. R. Civ. P. 16(b)(4) and Local Rule 26-4 to extend discovery deadlines. The parties have been diligent in completing discovery, including exchanging initial disclosures, designating experts, and taking Plaintiff's deposition. There is a discovery dispute that requires resolution before the parties can complete what little discovery remains. Specifically, On October 23, 2025 Defendant took Plaintiff's deposition. After that deposition, on the same day, Plaintiff served interrogatories and requests for production on Defendant.

Defendant served its responses on November 24, 2025. Plaintiff argues that as part of those responses Defendant withheld numerous materials and information on the basis that Defendant required a protective order before they would disclose the materials and information. Defendant argues that it has sought entry of a protective order prior to the materials and documents being requested and one was not able to be agreed upon prior to the deadline for the responses. On December 16, 2025, Defendant filed its motion for protective order (ECF No. 11). Plaintiff filed her opposition on December 30, 2025 (ECF NO. 12). Defendant filed its reply on January 6, 2026 (ECF No. 14). The Court has yet to rule on Defendant's motion, and Plaintiff cannot reasonably conduct Defendant's remaining Fed. R. Civ. P. 30(b)(6) deposition or complete its liability investigation until Defendant produces the responsive materials

The requested extension will permit the court to rule on the pending motion in the normal course, while then allowing the parties to complete the minimal discovery that remains, which includes the deposition of the Defendant's Fed R. Civ P. 30(b)(6) witness and party experts. This request is made in good faith and not for purposes of delay, and if the relief is granted then the case can proceed in the most efficient manner possible.

### III.    THE FOLLOWING DISCOVERY HAS BEEN COMPLETED

1. Plaintiff's Initial and First Supplemental List of Witnesses and Documents;

2. Defendant's Initial Disclosure of Witnesses and Exhibits

3. Plaintiff's designation of expert witnesses;

4. Defendant's designation and supplemental designation of expert witnesses;

5. Deposition of Plaintiff;

6. Exchange of written discovery, subject to objections and the pending Motion for Protective Order.

### IV.    THE FOLLOWING DISCOVERY REMAINS TO BE COMPLETED
### *(subject to objections and rulings by the Court)*

1. Completion of Defendant's production and supplementation of written discovery responses following the Court's ruling on Defendant's Motion for Protective Order;

2. Deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness(es);

3. Deposition of the Parties' experts.

Pursuant to Local Rule 26-4, the parties submit the following proposed schedule:

### V.    PROPOSED AMENDED DEADLINES

The parties jointly request that the deadlines be extended as follows:

1. Discovery Cutoff Date:            April 17, 2026

2. Initial Expert Disclosure:        November 18, 2025 (unchanged)

3. Rebuttal Expert Disclosure:       December 19, 2025 (unchanged)

4. Dispositive Motions:              May 15, 2026

5. Joint Pre-Trial Order:            June 12, 2026

The parties hereby stipulate to the proposed changes in the discovery deadlines.

Page 3 of 4



IT IS so STIPULATED.

DATED January 20, 2026.                    DATED January 20, 2026.    .

**RICHARD HARRIS LAW FIRM**        **RANALLI ZANIEL FOWLER & MORAN**

_____          _/s/ Maegun C. Mooso_____
RICHARD D. YOUNG                   GEORGE M. RANALLI
Nevada Bar No. 11331               Nevada Bar No. 5748
801 S. Fourth Street               MAEGUN MOOSO
Las Vegas, NV 89101                Nevada Bar No. 15067
*Attorney for Plaintiff,*          2340 W. Horizon Ridge Parkway, Suite 100
*GRETCHEN TAMBOR*                  Henderson, Nevada 89052
                                   *Attorneys for Defendant,*
                                   *COSTCO WHOLESALE CORPORATION*

## ORDER

IT IS HEREBY ORDERED that the parties' Stipulation to Extend Discovery Deadlines (Second Request) is GRANTED.

IT IS FURTHER ORDERED that the deadlines are extended as follows:

1.  Discovery Cutoff Date: April 17, 2026

2.  Dispositive Motions: May 15, 2026

3.  Joint Pretrial Order: June 12, 2026

    All other deadlines remain unchanged.


DATED this <u>21st</u> day of January, 2026.


_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Page 4 of 4

| | |
|---|---|
| **From:** | Maegun Mooso |
| **To:** | Richard Young; Vicki Perez; Dolores Johnson |
| **Cc:** | George Ranalli; Gabriella Alvarado |
| **Subject:** | RE: Tambor v. Costco 2:25-cv-00300-ART-DJA |
| **Date:** | Tuesday, January 20, 2026 11:59:07 AM |
| **Attachments:** | Stipulation and Order to Extend (SAO - 2nd Request).pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You can affix my signature.  Thank you!

**Maegun C. Mooso, Esq.**
**Ranalli Zaniel Fowler & Moran, LLC**
2340 W. Horizon Ridge Pkwy., Suite 100
Henderson, Nevada 89052
702.477.7774 - Phone
702.477.7778 - Fax



NOTICE: The above information is for the sole use of the intended recipient and contains information belonging to Ranalli Zaniel Fowler & Moran, LLC which is confidential and may be legally privileged. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any printing, copying, distribution, use or taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately (1) notify the sender by reply e-mail; (2) call our office at (702) 477-7774 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

In accordance with Internal Revenue Service Circular 230, we advise you that if this e-mail contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

**From:** Richard Young <ryoung@richardharrislaw.com>
**Sent:** Tuesday, January 20, 2026 10:30 AM
**To:** Maegun Mooso <mmooso@ranallilawyers.com>; Vicki Perez <vperez@ranallilawyers.com>; Dolores Johnson <dolores@richardharrislaw.com>
**Cc:** George Ranalli <gmranalli@ranallilawyers.com>; Gabriella Alvarado <galvarado@ranallilawyers.com>
**Subject:** Tambor v. Costco 2:25-cv-00300-ART-DJA

Hi Maegun, thank you for your revisions. I have incorporated them into the attached draft stipulation.  Let me know if we can affix your signature and file with the court – the deadline to submit is today. Thank you.

**Richard Young**
Trial Lawyer - Partner

Richard Harris Law Firm


| Las Vegas | Reno |
|---|---|
| 801 South 4th Street | 6900 S. McCarran Blvd., #1010 |
| Las Vegas NV 89101 | Reno NV 89509 |
| Ph. (702) 444-4444 x 175 | Ph. (775) 222-2222 |

**Confidentiality Notice:**  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.