# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRETCHEN TAMBOR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.   2:25-cv-00300-ART-DJA<br><br>**ORDER GRANTING** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, GRETCHEN TAMBOR, and Defendant, COSTCO WHOLESALE CORPORATION, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorneys' fees, costs, and interests herein incurred.

1

March _12_, 2026

**RICHARD HARRIS LAW FIRM**

_____
**RICHARD D YOUNG, ESQ.**
Nevada Bar No.: 11331
801 S. Fourth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

March _14_, 2026

**RANALLI ZANIEL FOWLER & MORAN, LLC**

no. 12763
for
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendant

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice; each party to bear their own fees, costs, and interests.

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

no.12763

for

**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2340 W. Horizon Ridge Pkwy., Suite 100
Henderson, Nevada 89052

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: <u>May 27, 2026</u>

3